# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **SHAWN THOMAS** | : | **08-558** |
| | : | |

# O R D E R

AND NOW, this 22nd day of December, 2010, upon consideration of Defendant Shawn Thomas's Motion for Acquittal (Docket No. 92), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

 /s/ Gene E.K. Pratter
Gene E.K. Pratter
United States District Judge